NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EUWAN Y.A. GODFREY,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION**
*Respondent.*

---

2010-3127

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. PH4324090182-I-3, PH4324100080-I-1, and PH3443070135-M-1.

---

## ON MOTION

---

## ORDER

Euwan Y.A. Godfrey moves without opposition for a 60-day extension of time, until October 30, 2010, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Euwan Y.A. Godfrey
Tara K. Hogan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK